# United States District Court

DISTRICT OF Massachusetts

Michael F. Erali II

v.

Town of Orange

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-CW-30241-MAP

TO: (Name and address of defendant)

Town of Orange — Nancy Blackmer Clerk
6 Prospect St
Orange, MA 01364

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Suzanne Garrow
Heisler Feldman + McCormick, P.C.
1145 Main St Ste 508
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

3/8/05
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 2/1/2005 |
| NAME OF SERVER (PRINT) Suzanne Garrow | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): served pursuant to Massachusetts Rules + Federal Rules

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/17/2005
Date

Signature of Server

Address of Server  Heisler Feldman + McCormick, 1145 Main St, Suite 508, Spfld

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Suzanne Garrow
Heisler, Feldman + McCormick
1145 Main St, Ste 508
Springfield, MA 01103



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Linda Kennedy*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  6/1/2005 |
| 1. Article Addressed to:<br><br>Nancy Blackmer<br>Town Clerk - Orange<br>6 Prospect ST<br>Orange, MA 01364 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 2410 0004 4640 7146 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540