UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION                           C.A. NO. 04-30241-MAP

MICHAEL F. ERALI,

    Plaintiff

v.                                         DEFENDANT'S LOCAL RULE
                                           16.1(D)(3) CERTIFICATION

TOWN OF ORANGE,

    Defendant

      Pursuant to Local Rule 16.1(D)(3) and the Court's Notice of Scheduling Conference, the defendant, Town of Orange, and its undersigned counsel hereby certify they have conferred:

      1.    with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

      2.    to consider the resolution of the litigation through use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Town of Orange

By /s/ Richard Kwiatkowski          /s/ David C. Jenkins
    Town Administrator             David C. Jenkins (BBO# 251000)
                                           Kopelman and Paige, P.C.
                                           31 St. James Avenue
                                           Boston, MA 02116
                                           (617) 556-0007

Dated: March 16, 2005
245644/60700/0538