UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL ERALI II

    Plaintiff,     : DOCKET NO. 3:04-cv-30241-MAP

v.

TOWN OF ORANGE,
    Defendant.

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify pursuant to Local Rule 16.1 (D)(3) that has conferred with counsel on the following topics:

a) establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and

b) options for resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATE: 3/20/05

*Michael Erali II*
MICHAEL ERALI, II

Respectfully submitted,

PLAINTIFF MICHAEL ERALI, II
By his attorney,

/s/ Suzanne Garrow
Suzanne Garrow BBO# 636548
sgarrow@comcast.net
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA  01103
Ph. (413) 788-7988
Fax (413) 788-7996

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above was served on the attorneys of record for the defendant via electronic mail on 4/12/05

/s/ Suzanne Garrow
Suzanne Garrow