UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL F. ERALI,<br>　　　　　Plaintiff | ) ) ) | |
| v. | ) ) ) | Civil Action No. 04-30241-MAP |
| TOWN OF ORANGE,<br>　　　　　Defendant | ) ) ) | |

SCHEDULING ORDER
April 13, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by April 27, 2005.

2. All non-expert discovery including depositions shall be completed by November 30, 2005.

3. Counsel shall appear for a case management conference on December 13, 2005, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge