UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL F. ERALI,          )
         Plaintiff     )
                           )
v.                         )          Civil Action No. 04-30241-MAP
                           )
                           )
TOWN OF ORANGE,            )
         Defendant    )

FURTHER SCHEDULING ORDER
December 13, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. The remaining discovery shall be provided by January 13, 2006.

2. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by January 31, 2006.

3. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by March 2, 2006.

4. All expert depositions shall be completed by March 31, 2006.

5. If Plaintiff does not designate an expert, Defendant shall file its dispositive motion by February 28, 2006, or inform the court in writing by that date that no such motion will be filed.

6. Plaintiff's opposition to the motion for summary judgment, if any, shall be filed by March 17, 2006.

7. If no dispositive motion is filed, the parties shall appear for a final pretrial conference on April 3, 2006, at 3:00 p.m. in Courtroom One before District

Judge Michael A. Ponsor. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(d) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: December 13, 2005

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge