UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-30241-MAP

MICHAEL F. ERALI,

    Plaintiff

v.

TOWN OF ORANGE,

    Defendant

**NOTIFICATION OF CHANGE OF ADDRESS**

TO THE CLERK OF COURTS:

Please note our firm's change of address, effective February 6, 2006:

    Kopelman and Paige, P.C.
    101 Arch Street
    Boston, MA  02110-1109
    (617) 556-0007
    FAX (617) 654-1735

    ___/s/_ Carolyn M. Murray_____
    David C. Jenkins (BBO# 251000)
    Carolyn M. Murray (BBO# 653873)
    Kopelman and Paige, P.C.
    101 Arch Street
    Boston, MA 02110-1109

CERTIFICATE OF SERVICE

I, Carolyn M. Murray, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.

    /s/__ Carolyn M. Murray_____