UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL ERALI II

        Plaintiff,              DOCKET NO. 3:04-cv-30241-MAP

v.

TOWN OF ORANGE,
        Defendant.

## ASSENTED TO MOTION TO EXCEED PAGE LIMIT ON LEGAL MEMORANDUM

The Plaintiff respectfully moves this Court for leave to file a legal Memorandum in opposition to the Defendant's Motion for Summary Judgment which exceeds the twenty (20) page limit specified in Local Rule 7.1(B)(4). As grounds for this motion, Plaintiff states:

1. The Defendant has filed a motion for summary judgment on all of the Plaintiff's claims raised in the plaintiff's complaint.

2. The additional pages of legal argument in the Memorandum portion of the Plaintiff's Opposition is necessary in order to fully respond to the issues raised in the pending motion and adequately present both the factual and legal arguments supporting the Plaintiff's opposition to the pending summary judgment motion.

Dated: March 17, 2006

PLAINTIFF MICHAEL ERALI II
By his attorney,

<u>    /s/ Suzanne Garrow</u>
Suzanne Garrow BBO# 636548
sgarrow@comcast.net
Heisler, Feldman, McCormick
    & Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA  01103
Ph. (413) 788-7988
Fax (413) 788-7996

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

<u>         /s/ Suzanne Garrow</u>
Suzanne Garrow