UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL ERALI II

           Plaintiff,　　　　　:　　　　DOCKET NO. 3:04-cv-30241-MAP

v.　　　　　　　　　　　　:

TOWN OF ORANGE,　　　　:
           Defendant.　　　　　:

## AFFIDAVIT OF SUZANNE GARROW IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

1.　　I am counsel for the plaintiff Michael Erali II.

2.　　Exhibit 1, attached to this Affidavit, is a true and accurate copy of timecards that were produced by the defendants in the course of proceedings.

3.　　Exhibit 2, attached to this Affidavit, is a true and accurate copy of photographs produced during the course of the proceedings by the plaintiff to the defendant.

4.　　Exhibit 3, attached to this Affidavit, is a true and accurate copy of the sexual harassment policy produced by the defendants in the course of proceedings.

5.　　Exhibit 4, is a true and accurate copy of the Affidavit of Michael Erali II.

    SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE:March 17, 2006

/s/ Suzanne Garrow
SUZANNE GARROW

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.