LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN
ANNE-MARIE M. HYLAND
JASON R. TALERMAN
GEORGE X. PUCCI
WILLIAM HEWIG III
JEANNE S. McKNIGHT
LAUREN F. GOLDBERG
MICHELE E. RANDAZZO
───────────
JANET HETHERWICK PUMPHREY
DIRECTOR WESTERN OFFICE

**KOPELMAN AND PAIGE, P. C.**

ATTORNEYS AT LAW

101 ARCH STREET

BOSTON, MA 02110-1109

(617) 556-0007
FAX (617) 654-1735
───
LENOX OFFICE
(413) 637-4300
───
NORTHAMPTON OFFICE
(413) 585-8632
───
WORCESTER OFFICE
(508) 752-0203

KATHLEEN M. O'DONNELL
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
THOMAS W. MCENANEY
KATHARINE I. DOYLE
JEFFREY A. HONIG
GREGG J. CORBO
RICHARD T. HOLLAND
ELIZABETH R. CORBO
MARIA C. ROTA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
JONATHAN D. EICHMAN
JOSEPH S. FAIR
LAURA H. PAWLE
CAROLYN M. MURRAY
JACKIE COWIN
SARAH N. TURNER
JEFFREY T. BLAKE
BRIAN M. MASER
CAROLYN KELLY MACWILLIAM
ANNE C. ROSENBERG
PETER L. MELLO
KATHERINE D. LAUGHMAN
JEFFERY D. UGINO

June 12, 2006

The Honorable Michael A. Ponsor
c/o Clerk's Office
United States District Court
Western Division
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

Re:   Michael Erali v. Town of Orange
      U.S.D.C. Civil Action No. 2004-CV-30241-MAP

Dear Judge Ponsor:

As requested at the conclusion of the hearing on the defendant's motion for summary judgment, held on May 12, 2006, in the above-referenced matter, please accept this as a status report.

The parties have agreed to submit this matter to a private mediator, Attorney Brad Honoroff, of The Mediation Group. At the present time, the parties are in the process of scheduling a half-day mediation session for mid-July. If the parties are unable to reach a resolution through mediation, we will advise the Court and request that the matter be scheduled for trial.

Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

                                                    Very truly yours,

                                                    Carolyn M. Murray

CMM/rlf
cc:   Daniel Morrison, Esq. (MAS No. 0038055)
      Suzanne Garrow, Esq.
284577/60700/0538