UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


MICHAEL F. ERALI,
             Plaintiff          )
                                )
             v.                 ) C.A. NO. 04-30241-MAP
                                )
TOWN OF ORANGE,                 )
             Defendant          )


ORDER FOR TRIAL

October 26, 2006

PONSOR, D.J.

     Counsel appeared before this court for a final pretrial conference on October 25, 2006.  Based on counsel's representations, the court orders as follows:

     1. Trial in this matter will commence on February 26, 2007 at 10:00 a.m.  Counsel will appear that day at 9:00 a.m. for a brief conference prior to commencement of jury selection.  The trial will proceed thereafter from 9:00 a.m. to 1:00 p.m.  It is estimated that no more then five days will be required to complete the case.

     2. Proposed voir dire questions, proposed jury instructions and motions in limine will be filed no later than February 19, 2007.

     It is So Ordered.


                         /s/ Michael A. Ponsor
                         MICHAEL A. PONSOR
                         United States District Judge