UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
:
MICHAEL ERALI II             :
:
        Plaintiff,    :    DOCKET NO.  3:04-cv-30241-MAP
:
v.                           :
:
TOWN OF ORANGE,              :
        Defendant.   :
_____:

## PLAINTIFF'S MOTION TO AMEND FINAL PRETRIAL MEMORANDUM

The Plaintiff respectfully moves this Court to amend the final pretrial in that he wishes to move Exhibit No. 2 in which the admissibility is "uncontested" into the "contested" admissibility column. The plaintiff's counsel called defendant's counsel early this morning when immediately realizing this proposed change to alert the defendant and ascertain its position. Upon further review the documents contain hearsay within hearsay not covered by any exception.

Dated:  February 23, 2007

Respectfully submitted,

PLAINTIFF MICHAEL ERALI II
By his attorney,


__/s/ Suzanne Garrow
Suzanne Garrow BBO# 636548
sgarrow@comcast.net
Heisler, Feldman, McCormick
 & Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA  01103
Ph. (413) 788-7988
Fax (413) 788-7996

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).
          /s/ Suzanne Garrow
Suzanne Garrow