UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                :
MICHAEL ERALI II                    :
                                                :
           Plaintiff,          :   DOCKET NO.  3:04-cv-30241-MAP
                                                :
v.                                       :
                                                :
TOWN OF ORANGE,         :
              Defendant.    :
_____:

**APPEARANCE OF COUNSEL**

     Please enter my appearance on behalf of the plaintiff in the above matter.

   Dated:  February 23, 2007


                                            Respectfully submitted,

                                            PLAINTIFF MICHAEL ERALI II
                                            By his attorney,


                                            ___/s/ Joel Feldman
                                            Joel Feldman BBO# BBO# 552963
                                            Heisler, Feldman, McCormick
                                                  & Garrow, P.C.
                                            1145 Main Street, Suite 508
                                            Springfield, MA  01103
                                            Ph. (413) 788-7988
                                            Fax (413) 788-7996

                               CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

                                             _____/s/ Suzanne Garrow
                                             Suzanne Garrow