UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL F. ERALI, II
    Plaintiff(s)

v.                        CIVIL ACTION: 04-30241-MAP

TOWN OF ORANGE
    Defendant(s)

### JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

X    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT entered for defendant, Town of Orange.**

Approved as to Form: _/s/ Michael A. Ponsor_
MICHAEL A. PONSOR
U.S. DISTRICT JUDGE

SARAH A. THORNTON,
CLERK OF COURT

Dated: March 6, 2007        By_/s/Elizabeth A. French_
                                                    Deputy Clerk